DECEMBER 29, 1954

**No. 58654.**—SUITS 4754 and 4762.—United States *v.* U. S. Industrial Chemicals, Inc.—SEGREGATION OF COMMINGLED GOODS—MOLASSES.—C. D. 1458. (Suit 4754 dismissed as premature on February 4, 1954. C. A. D. 551.) (Suit 4762 dismissed on stipulation of counsel on November 5, 1954.)